IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEPT 26 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

KENROY LAMEY, AS FATHER
AND GUARDIAN OF ELIJAH
LAMEY, AN INFANT,

                    Plaintiff,

-against-

THE CITY OF NEW YORK &
NYC POLICE OFFICER DUMAS,
individually and in his
official capacity,

                    Defendants.
------------------------------------------------X

05 CV 616 (JG)(RLM)

ORDER OF
COMPROMISE

Upon reading and filing the affirmation of Steven Hoffner, Esq., attorney for the plaintiff herein, dated September 15, 2005, and it appearing that the infant plaintiff, Elijah Lamey, born on January 25, 1989, and his attorney having appeared before United States Magistrate Judge Roanne L. Mann on September 14, 2005, and having determined that the best interests of the said infant will be served, it is

On motion of Steven Hoffner, Esq., attorney for plaintiff and the infant herein, it is

ORDERED, that the father and natural guardian, Kenroy Lamey, be and is hereby authorized and empowered to settle the action of the infant plaintiff against the defendant City of New York, et al., for the sum of SEVEN HUNDRED AND FIFTY DOLLARS ($750.00) and conditioned upon compliance with the following provisions, to execute and deliver a general release and to sign all papers necessary to accomplish this settlement, and it is further

ORDERED, that out of the said sum the defendant, City of New York, is authorized and directed to pay to Steven Hoffner, attorney for the plaintiff herein, the sum of $250.00 as and for his fee and costs in the prosecution of this action, and it is further

ORDERED, that the balance of said settlement, the sum of $500.00 shall be paid to and received by the father and natural guardian on behalf of said infant, and the money is to be utilized for the sole benefit of the infant, Elijah Lamey.

Dated: Brooklyn, New York

ENTER,

s/John Gleeson
HON. JOHN GLEESON
United States District

9/16/05